UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FR8 SINGAPORE PTE LTD.,

        Plaintiff,                         1:08-cv-_____

    -against-                              RULE 7.1 STATEMENT

SWIFT AVIATION GROUP INC.,

        Defendants.
----------------------------------------X



    PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, FR8 SINGAPORE PTE LTD. ("FR8"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of Plaintiff.

Dated:    New York, NY

        June 23, 2008

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff
                              FR8 SINGAPORE PTE LTD.

        By: _____
            GARTH S. WOLFSON
            11 Hanover Square, Tenth Floor
            New York, NY 10005
            Tel. (212) 385-1422
            Fax (212) 385-1605
            File No. 12/3604